UST-32, 3-03

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 95080
PHOENIX, AZ 85070-5080
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MAHONEY, LISA | ) | CASE NO. 2:17-12971-EPB |
| | ) | |
| | ) | |
| | ) | AMMENDED APPLICATION FOR ORDER |
| Debtor(s) | ) | FOR PAYMENT OF UNCLAIMED FUNDS |
| | ) | TO U.S. BANKRUPTCY COURT |

     CONSTANTINO FLORES, Trustee, is in possession of estate funds in the amount of $4,072.37. No creditor claims were filed in this case. Debtor's address in the original petition is no longer valid. An additional address that the Trustee found is also no longer valid. Correspondence to the Debtor at both addresses has been returned. The Trustee even sought help from the Debtor's counsel to get current address information, but counsel did not possess current address information either. The Trustee has exhausted all means to locate the Debtor at this time to return the above funds to her. Debtor's address on the docket is 1877 E. Libra Drive, Tempe, AZ 85283.

     Therefore, the Trustee submits this application for payment of unclaimed funds to the U.S. Bankruptcy Court.

Respectfully submitted,

| | |
|---|---|
| *May 13, 2022* | */s/ Constantino Flores* |
| DATE | Constantino Flores, Trustee |