SO ORDERED.

Dated: May 18, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MAHONEY, LISA | ) | CASE NO. 2:17-12971-EPB |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $4,072.37 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE